UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-00143-MMM (FFMx) | Date June 29, 2009 |
| Title Hamish Angus v. Transnational Automotive Group, Inc. et al | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - ORDER RE SCHEDULING AND CASE MANAGEMENT; ORDER TO SHOW CAUSE

The Court schedules the following dates:

| | |
|---|---|
| Rule 26(f) Disclosures | July 13, 2009 |
| Deadline to file motions/stipulations seeking amendment of pleadings: | July 27, 2009 |
| Further telephone status conference: | December 16, 2009 at 5:00 p.m. |
| Fact discovery cut-off: | January 8, 2010 |
| Initial expert disclosures: | January 22, 2010 |
| Rebuttal expert disclosures: | February 5, 2010 |
| Expert discovery cut-off: | February 19, 2010 |
| (All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date) | |
| Motions hearing cut-off: | March 22, 2010 at 10:00 a.m |
| Final Pretrial Conference: **(Including motions in limine)** | April 19, 2010 at 9:00 a.m. |
| Jury Trial: | May 18, 2010 at 8:30 a.m. |

   These are firm dates.  The Court is aware of the parties' request for a longer schedule but believes this schedule is sufficient despite the need to travel overseas for depositions.

   The Court orders the defendants' counsel to show cause, in writing within ten (10) days of receipt of this order, why default(s) should not be entered for failure to appear (telephonically) at the scheduling conference hearing and failure to follow the court's orders.

Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.