JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMISH ANGUS, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSNATIONAL AUTOMOTIVE GROUP, INC., a Nevada corporation; HOLLADAY STOCK TRANSFER, INC., a Nevada corporation; and STEPHEN WILSHINSKY, <br><br> Defendants. | CASE NO. CV 09-00143 MMM (FFMx) <br><br> JUDGMENT FOR DEFENDANTS |

On January 17, 2012, the court entered its findings of fact and conclusions of law following trial. Based on those findings of fact and conclusions of law,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Hamish Angus take nothing by way of his complaint against defendants Transnational Automotive Group, Inc., Holladay Stock Transfer, Inc. and Stephen Wilshinsky; and

2. That the action be, and it hereby is, dismissed.

DATED: January 17, 2012

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE